THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, *v.* THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.

(Argued June 12, 1933; decided July 11, 1933.)

*Oscar R. Houston, Donald A. Gray, Felix A. Fishman* and *J. Joseph Noble* for appellant.

*Joseph R. Jackson* and *Wesley S. Sawyer* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.